Gerald MEACHUM, Petitioner— Appellant,

v.

Joseph SMITH, Warden; United States of America, Respondents— Appellees.

No. 04–6836.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 21, 2004.

Gerald Meachum, Appellant pro se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Gerald Meachum appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition, construing the petition as a 28 U.S.C. § 2255 (2000) motion, and dismissing it as successive. We have reviewed the record and the district court's opinion adopting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Meachum v. Smith,* No. CA–03–2730–9–12 (D.S.C. April 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*